IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WILLIAM DANIEL VAUGHN                              CASE NO. 24-01785-JAW
      107 EASTHAVEN CIR
      BRANDON, MS 39042

### TRUSTEE'S NOTICE AND MOTION TO DISMISS

COMES NOW, Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and moves to dismiss the above proceeding for the reason that the debtor has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

NOTICE IS HEREBY GIVEN, to the Debtor(s) herein, that unless the sum of **$12,146.84,** the amount due through the end of the month, plus accruing payments is received by the Trustee on or before **April 30, 2024** or a written responsive pleading is filed with the Clerk of the Court with a copy to the Trustee within twenty-one days of this Notice, the Chapter 13 proceeding of the above Debtor(s) will be dismissed.

NOTICE IS FURTHER GIVEN that, in the event a written responsive pleading is filed, a trial on the matter will be held in the U.S. Federal Courthouse, in Bankruptcy Courtroom Number 4C, 501 East Court Street, Jackson, Mississippi 39201 on **May 19, 2025 at 10:00 A.M.**

WHEREFORE, Trustee moves this Court to enter an Order Dismissing Case. Alternatively, should debtor(s) submit necessary funds and/or file responsive pleading as stated herein and subsequently become sixty (60) days delinquent in monthly payments as calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal without further notice or hearing.

Dated: April 22, 2025                              / Torri Parker Martin
                                                                             Torri Parker Martin, MSB #103938
                                                                             Standing Chapter 13 Trustee
                                                                             200 North Congress St., Suite 400
                                                                             Jackson, MS 39201

                                                                             MAIL PAYMENTS TO:
                                                                             P. O. Box 2033
                                                                             Memphis, TN 38101
                                                                             Email: tpm@tpmartinch13.com

CERTIFICATE OF SERVICE

      I, Torri Parker Martin, Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I mailed and/or electronically submitted, via postage prepaid and/or ECF Systems, a true and correct copy of the foregoing Notice and Motion to Dismiss to the Debtor, to the Attorney for the Debtor herein and to the Office of the United States Trustee.

Dated: April 22, 2025                      /s/ Torri Parker Martin
                                                     Torri Parker Martin, MSB #103938
                                                     Standing Chapter 13 Trustee

**Debtor's Attorney**:
**Thomas Carl Rollins, Jr., Esq., MSB #103469**
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: (601) 500-5533
Fax: (601) 500-5296
Email: trollins@therollinsfirm.com

**Debtor:**
WILLIAM DANIEL VAUGHN
107 EASTHAVEN CIR
BRANDON, MS 39042