# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     William Daniel Vaughn, Debtor                    Case No. 24-01785-JAW
                                                                         CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  April 22, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               Jennifer Ann Curry Calvillo (MSBN 104367)
                                               The Rollins Law Firm, PLLC
                                               P.O Box 13767
                                               Jackson, MS 39236

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     William Daniel Vaughn, Debtor                    Case No. 24-01785-JAW
                                                                                              CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on his payments due to loss of employment. Debtor is now employed and can continue making plan payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in May 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on April 22, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                              <u>/s/ Thomas C. Rollins, Jr.</u>
                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-01785 |
|---|---|
| WILLIAM DANIEL VAUGHN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-01785 |
|---|---|
| WILLIAM DANIEL VAUGHN | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/22/2025, a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                    EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING    (P)PNC BANK RETAIL LENDING               US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               P O BOX 94982                            THAD COCHRAN US COURTHOUSE
CASE 24-01785                       CLEVELAND OH 44101-4982                  501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI                                             SUITE 2300
TUE APR 22 12-8-47 PST 2025                                                  JACKSON  MS 39201-5036


AEGIS SCIENCE CORPORAT              AMERICAN EXPRESS NATIONAL BANK           AMEX
PO BOX 645612                       CO BECKET AND LEE LLP                    PO BOX 981540
CINCINNATI   OH 45264-5312          PO BOX 3001                              EL PASO  TX 79998-1540
                                    MALVERN  PA 19355-0701


CITI CARDBEST BUY                   CITIBANK NA                              CITIBANKTHE HOME DEPOT
PO BOX 790040                       CITIBANK  NA                             PO BOX 790040
ST LOUIS  MO 63179-0040             5800 S CORPORATE PL                      ST LOUIS  MO 63179-0040
                                    SIOUX FALLS  SD  57108-5027


                                    EXCLUDE

DISCOVER BANK                       (D)DISCOVER BANK                         DISCOVER FINANCIAL
PO BOX 3025                         PO BOX 3025                              ATTN BANKRUPTCY
NEW ALBANY  OH 43054-3025           NEW ALBANY  OH  43054-3025               PO BOX 3025
                                                                             NEW ALBANY  OH 43054-3025


FRANCISCANS MISSIONARI              FREEDOMPLUS                              KATHRYN LACHOWSKYKHAN  ESQ
PO BOX 677963                       1875 SOUTH GRANT ST                      FOR PNC BANK  NATIONAL ASSOCIATION
DALLAS  TX 75267-7963               STE 400                                  WILSON   ASSOCIATES
                                    SAN MATEO  CA 94402-2676                 400 W CAPITOL AVE  SUITE 1400
                                                                             LITTLE ROCK  AR 72201-3562


MARINER FINANCE  LLC                (P)MENDELSON LAW FIRM                    NELNET
ATTN BANKRUPTCY                     PO BOX 17235                             PO BOX 82561
8211 TOWN CENTER DRIVE              MEMPHIS TN 38187-0235                    LINCOLN  NE 68501-2561
NOTTINGHAM  MD 21236-5904


EXCLUDE                                                                      EXCLUDE

(D)(P)PNC BANK RETAIL LENDING       PERFORMANCE THERAPY                      (D)(P)PNC BANK RETAIL LENDING
P O BOX 94982                       921 W BEACON ST                          P O BOX 94982
CLEVELAND OH 44101-4982             PHILADELPHIA  MS 39350-3229              CLEVELAND OH 44101-4982


RESURGENT RECEIVABLES  LLC          RIVER OAKS HOSPITAL                      RIVER OAKS HOSPITAL  LLC DBA MERIT
RESURGENT CAPITAL SERVICES          1030 RIVER OAKS DR                       HEALTH RI
PO BOX 10587                        FLOWOOD  MS 39232-9729                   CO DAVID L MENDELSON  ESQ
GREENVILLE  SC 29603-0587                                                    MENDELSON LAW FIRM
                                                                             PO BOX 17235
                                                                             MEMPHIS  TN 38187-0235


ROCKET LOANS                        ST DOMINIC PAIN MAN                      SYNCHRONY BANKAMAZON
1050 WOODWARD                       969 LAKELAND DR                          ATTN BANKRUPTCY
DETROIT  MI 48226-3573              JACKSON  MS 39216-4606                   PO BOX 965060
                                                                             ORLANDO  FL 32896-5060
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN NE 68508-1904

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

(P)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

MELISSA VAUGHN
107 EASTHAVEN CIR
BRANDON MS 39042-2805

MELISSA VAUGHN
205 LAUREL OAK CV
BRANDON MS 39047-7449

EXCLUDE
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

EXCLUDE
~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN CHAPTER 13~~
~~BANKRUPT~~
~~200 NORTH CONGRESS STREET STE 400~~
~~JACKSON MS 39201-1902~~

DEBTOR
WILLIAM DANIEL VAUGHN
107 EASTHAVEN CIR
BRANDON MS 39042-2805