

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 23, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

      **WILLIAM DANIEL VAUGHN,**        **CASE NO. 24-01785-JAW**

      **DEBTOR.**        **CHAPTER 13**

### <u>ORDER RESETTING HEARING</u>

This matter came on this date on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by PNC Bank, NA (the "Motion") (Dkt. #51) and the Debtor's Response (the "Response") (Dkt #63).  The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 28, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for June 9, 2025, at 10:00 AM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693