_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 25, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    MICHAEL DANIEL VAUGHN,                      CASE NO. 24-01785-JAW

         DEBTOR.                                                                             CHAPTER 13

### ORDER RESETTING HEARING

This matter came on this date on the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses filed by Thomas C. Rollins, Jr., Esq. (the "Application") (Dkt. #50) and the Trustee's Objection ("Objection") (Dkt. #55). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 28, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Application and Objection hereby is continued and reset for June 9, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693