United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-01785-JAW
William Daniel Vaughn  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Apr 23, 2025     Form ID: pdf012     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Daniel Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805 |
| codb | + | Melissa Vaughn, 205 Laurel Oak CV, Brandon, MS 39047-7449 |
| codb | #+ | Melissa Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Renee Martin-Herron | on behalf of Creditor PNC Bank National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor PNC Bank National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 23, 2025 | Form ID: pdf012 | Total Noticed: 3 |

on behalf of Debtor William Daniel Vaughn trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____

                                        **SO ORDERED,**

*[signature: Jamie A. Wilson]*

                                        **Judge Jamie A. Wilson**
                                        **United States Bankruptcy Judge**
                                        **Date Signed: April 23, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

      **WILLIAM DANIEL VAUGHN,**                    **CASE NO. 24-01785-JAW**

            **DEBTOR.**                                                **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by PNC Bank, NA (the "Motion") (Dkt. #51) and the Debtor's Response (the "Response") (Dkt #63). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 28, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for June 9, 2025, at 10:00 AM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693