_____

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 30, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | |
|---|---|
| IN RE:    WILLIAM DANIEL VAUGHN,<br>            Debtor | CASE NO. 24-01785-JAW<br>CHAPTER 13 |

### ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

This matter is before the Court on the motion of PNC Bank, National Association, for relief from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 (Dkt. # 51). A Conditional Agreed Order [Dckt #72] was entered resolving the Amended Trustee's Motion to Dismiss for Non-Payment [Dckt #60], Debtor's Response to the Trustee's Amended Motion to Dismiss [Dckt #70], and Debtor's Motion to Allow Payment Arrearages [Dckt #61]. Therefore, Movant withdraws its Motion for Relief from Automatic Stay and Co-Debtor Stay.

IT IS THEREFORE ORDERED and ADJUDGED that the Motion is **WITHDRAWN**.

##END OF ORDER##

Submitted by:

Attorneys for Movant:

*/s/ Heather Martin-Herron*
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

WILSON & ASSOCIATES, PLLC
400 W. Capitol Ave., Suite 1400
Little Rock, AR 72201
(501) 219-9388
jgiddens@thewilsonlawfirm.com
klachowsky@thewilsonlawfirm.com
hmartin-herron@thewilsonlawfirm.com

W&A No. 359711
Loan No. XXXXXX0288