United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 24-01785-JAW
William Daniel Vaughn     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: May 28, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + William Daniel Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:

**Name     Email Address**

Heather Renee Martin-Herron
    on behalf of Creditor PNC Bank  National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Kathryn Alley Lachowsky-Khan
    on behalf of Creditor PNC Bank  National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Kellie Grizzell
    on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com

Semoune L Ellis
    on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr
    on behalf of Debtor William Daniel Vaughn trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

District/off: 0538-3　　　　　　　　　　　　　　User: mssbad　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: May 28, 2025　　　　　　　　　　　Form ID: pdf012　　　　　　　　　　　　　　Total Noticed: 1

　　　　　　　　　　　　　　tpm@tpmartinch13.com   trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
　　　　　　　　　　　　　　USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                  CHAPTER 13:

WILLIAM DANIEL VAUGHN                                                        CASE NO. 24-01785-JAW

### CONDITIONAL AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss for Non-Payment (Docket #60), Debtor's Response (Docket #70), and the Debtor's Motion to Allow Payment Arrearages (Docket #61). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion to Dismiss should be conditionally denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss for Non-Payment is hereby denied based on the condition that the Debtor shall **submit funds directly to the Trustee in the amount of at least Three Thousand Five Hundred Sixty-Four 50/100 Dollars ($3,564.50) by May 30, 2025, and remit plan payments by means of an employer wage order going forward.** Upon receipt of said funds, the Trustee shall cure the plan payment arrearages and amortize the delinquency over the remaining life of the plan and amend the employer wage order accordingly.

**IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned condition by **May 30, 2025,** the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: 601-981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com