United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-01785-JAW |
| William Daniel Vaughn | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 30, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Daniel Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805 |
| codb | #+ | Melissa Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 01, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Renee Martin-Herron | on behalf of Creditor PNC Bank National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor PNC Bank National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Daniel Vaughn trollins@therollinsfirm.com |

District/off: 0538-3 | User: mssbad | Page 2 of 2
Date Rcvd: May 30, 2025 | Form ID: pdf012 | Total Noticed: 2

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 30, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE:     **WILLIAM DANIEL VAUGHN,**     CASE NO. 24-01785-JAW
              Debtor     CHAPTER 13

### ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

This matter is before the Court on the motion of PNC Bank, National Association, for relief from the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 (Dkt. # 51). A Conditional Agreed Order [Dckt #72] was entered resolving the Amended Trustee's Motion to Dismiss for Non-Payment [Dckt #60], Debtor's Response to the Trustee's Amended Motion to Dismiss [Dckt #70], and Debtor's Motion to Allow Payment Arrearages [Dckt #61]. Therefore, Movant withdraws its Motion for Relief from Automatic Stay and Co-Debtor Stay.

IT IS THEREFORE ORDERED and ADJUDGED that the Motion is **WITHDRAWN**.

##END OF ORDER##

2

Submitted by:

Attorneys for Movant:

*/s/ Heather Martin-Herron*
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

WILSON & ASSOCIATES, PLLC
400 W. Capitol Ave., Suite 1400
Little Rock, AR 72201
(501) 219-9388
jgiddens@thewilsonlawfirm.com
klachowsky@thewilsonlawfirm.com
hmartin-herron@thewilsonlawfirm.com

W&A No. 359711
Loan No. XXXXXX0288