___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 2, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **WILLIAM DANIEL VAUGHN** | **CASE NO. 24-01785-JAW** |

### ORDER OF DISMISSAL

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss Debtor for Non-Payment (Docket #60), Debtor's Response (Docket #70), Debtor's Motion to Allow Payment Arrearages (Docket #61) and the Conditional Agreed Order (Docket #72). Thus, having considered the matter, the Court finds the Debtor's case should be dismissed, as the Debtor failed to meet the conditions of the Conditional Agreed Order requiring the Debtor to submit funds of at least $3,564.50 by May 30, 2025, and based on the Debtor's delinquency in the amount of $19,275.84 through June 2025.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's case is hereby dismissed.

#END OF ORDER#

SUBMITTED BY:

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
Office: (601) 981-9100
200 North Congress Street, Suite 400
Jackson, Mississippi 39201
Email: KGrizzzell@tpmartinch13.com