United States Bankruptcy Court
Southern District of Mississippi

In re:                                                      Case No. 24-01785-JAW
William Daniel Vaughn                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                             User: mssbad                                             Page 1 of 3
Date Rcvd: Jun 02, 2025                      Form ID: ntcdsm                                  Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#              Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Daniel Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805 |
| codb | + | Melissa Vaughn, 205 Laurel Oak CV, Brandon, MS 39047-7449 |
| codb | #+ | Melissa Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805 |
| 5402862 | | Franciscans Missionari, P.O. Box 677963, Dallas, TX 75267-7963 |
| 5402867 | + | Performance Therapy, 921 W Beacon St, Philadelphia, MS 39350-3229 |
| 5402869 | + | River Oaks Hospital, 1030 River Oaks Dr, Flowood, MS 39232-9729 |
| 5403318 | | River Oaks Hospital, LLC dba Merit Health River Oa, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |
| 5402871 | + | St Dominic Pain Man, 969 Lakeland Dr, Jackson, MS 39216-4606 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2025 19:40:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5402857 | | Email/Text: cashreceipts@aegislabs.com | Jun 02 2025 19:40:00 | Aegis Science Corporat, P.O. Box 645612, Cincinnati, OH 45264-5312 |
| 5420668 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2025 19:50:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402858 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2025 19:50:05 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 5402859 | + | EDI: CITICORP | Jun 02 2025 23:36:00 | Citi Card/Best Buy, Po Box 790040, St Louis, MO 63179-0040 |
| 5425246 | | EDI: CITICORP | Jun 02 2025 23:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5402860 | + | EDI: CITICORP | Jun 02 2025 23:36:00 | Citibank/The Home Depot, Po Box 790040, St Louis, MO 63179-0040 |
| 5405233 | | EDI: DISCOVER | Jun 02 2025 23:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5402861 | + | EDI: DISCOVER | Jun 02 2025 23:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5402863 | + | Email/Text: bk@freedomfinancialnetwork.com | Jun 02 2025 19:40:00 | FreedomPlus, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 5412643 | + | Email/Text: arecf@wilson-assoc.com | Jun 02 2025 19:40:00 | Kathryn Lachowsky-Khan, Esq., For: PNC Bank, National Association, Wilson & Associates, 400 W. Capitol Ave., Suite 1400, Little Rock, AR 72201-3562 |
| 5402865 | | Email/Text: cdavenport@lawmemphis.com | Jun 02 2025 19:40:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: ntcdsm | Total Noticed: 29 |

| Recip ID | | Notice Type | Sent Date/Time | Name and Address |
|---|---|---|---|---|
| 5402864 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 02 2025 19:40:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5402866 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2025 19:40:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5427800 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2025 19:40:00 | PNC Bank, National Association, Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5402868 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2025 19:40:00 | Pnc Mortgage, 8177 Washington Church, Dayton, OH 45458 |
| 5427919 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2025 19:50:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5402870 | + | Email/Text: OpsEscalations@RocketLoans.com | Jun 02 2025 19:40:00 | Rocket Loans, 1050 Woodward, Detroit, MI 48226-3573 |
| 5402872 | + | EDI: SYNC | Jun 02 2025 23:36:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5408321 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2025 19:40:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5402873 | | Email/Text: bknotice@upgrade.com | Jun 02 2025 19:40:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5420670 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5405935 | * | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Renee Martin-Herron | on behalf of Creditor PNC Bank  National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor PNC Bank  National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jun 02, 2025 | Form ID: ntcdsm | Total Noticed: 29 |

Semoune L Ellis
    on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr
    on behalf of Debtor William Daniel Vaughn trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−01785−JAW
Chapter: 13

In re:
    William Daniel Vaughn
    107 Easthaven Cir
    Brandon, MS 39042

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−7715

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 2, 2025.

Dated: 6/2/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600