United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 24-01785-JAW
William Daniel Vaughn     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jun 02, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Daniel Vaughn, 107 Easthaven Cir, Brandon, MS 39042-2805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Renee Martin-Herron | on behalf of Creditor PNC Bank National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor PNC Bank National Association MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Kellie Grizzell | on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Daniel Vaughn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Jun 02, 2025 Form ID: pdf012 Total Noticed: 1

                  tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                  USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 2, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                CHAPTER 13

WILLIAM DANIEL VAUGHN                                              CASE NO. 24-01785-JAW

### ORDER OF DISMISSAL

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss Debtor for Non-Payment (Docket #60), Debtor's Response (Docket #70), Debtor's Motion to Allow Payment Arrearages (Docket #61) and the Conditional Agreed Order (Docket #72). Thus, having considered the matter, the Court finds the Debtor's case should be dismissed, as the Debtor failed to meet the conditions of the Conditional Agreed Order requiring the Debtor to submit funds of at least $3,564.50 by May 30, 2025, and based on the Debtor's delinquency in the amount of $19,275.84 through June 2025.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's case is hereby dismissed.

#### #END OF ORDER#

SUBMITTED BY:

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
Office: (601) 981-9100
200 North Congress Street, Suite 400
Jackson, Mississippi 39201
Email: KGrizzzell@tpmartinch13.com