**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **William Daniel Vaughn**                        **Case No. 24-01785-JAW**
**, Debtor**                                                                **CHAPTER 13**

## FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,898.50 | $22.80 | $2,921.30 | 31 | 11/04/2024 |
| $1,005.50 | $82.50 | $1,088.00 | n/a | n/a |
| $381.50 | $42.06 | $423.56 | n/a | n/a |
| $4,285.50 | $147.36 | $4,432.86 | | |



# INVOICE

Invoice # 6942
Date: 09/17/2024
Due On: 10/17/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

William Daniel Vaughn

## 05462-Vaughn William Daniel

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | VM | 06/27/2024 | Document drop off with debtor, gathered documents | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/02/2024 | Reviewed information packet to collect information to pull credit report | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/02/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/ exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/04/2024 | Review email from Attorney: Reviewed email debtor sent me, updated debtor documents | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/08/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax return, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/08/2024 | Contact Debtor (Text/Email): Reviewed debtors credit report in search of student loans. Found student loans and drafted email to debtor with instructions on how to get us the documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/09/2024 | Call Debtor: Attempted to call debtor, no response. Was unable to leave a voicemail so I drafted an email to debtor to notify of missing documents. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/11/2024 | Call Debtor: Attempted to call debtor | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | regarding his case, we have questions to ask him, no response. Sent debtor a text message to call me back as soon as he can | | | |
| Service | VM | 07/12/2024 | Call Debtor: Attempted to call debtor, no response. Left a voicemail. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/15/2024 | Review and organize documents provided by debtor: Reviewed documents faxed to me by debtor, updated what was needed. Had a phone conference with debtor to inform him I was still needing some documents. | 0.50 | $100.00 | $50.00 |
| Service | VM | 07/15/2024 | Review email from debtor: Reviewed email from debtor containing documents needed. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/16/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 07/16/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | VM | 07/16/2024 | Call Debtor: Phone conference with debtor regarding needed document from him | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/17/2024 | Call Debtor: Attempted to call debtor in regards to a document we need, he did not answer so i left a voicemail. I also drafted a message. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/18/2024 | Review email from debtor: Reviewed and organized student loan documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/18/2024 | Updated debtors emergency contacts | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/18/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/18/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/22/2024 | Contact Debtor (Text/Email): Drafted an email to debtor to inform him with what documents we were missing | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/23/2024 | Input Case - research Lexis Public | 0.90 | $360.00 | $324.00 |

| | | | Records, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | | | |
|---|---|---|---|---|---|---|
| Service | VM | 07/24/2024 | Call Debtor: Phone conference to speak with debtor, regarding needed information for JAC, sent debtor a text message. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/24/2024 | Review Get Info task to determine status on missing information for case preparation | 0.10 | $360.00 | $36.00 |
| Service | VM | 07/25/2024 | Call Debtor: Reviewed text message from debtor, updated task for JAC, had a quick phone conference with debtor to confirm some information. Also sent a text message to debtor. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/25/2024 | Review clio memo re: missing info rec'd: Input Case | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/26/2024 | Input Case - calculate plan payment, prepare schedules I and J | 0.40 | $360.00 | $144.00 |
| Service | BM | 07/26/2024 | Call Debtor: Call to debtor to discuss Ch 13 plan payment provided by the attorney. Debtor had a few questions about next steps and when the case will officially be filed. Addressed all questions. | 0.20 | $100.00 | $20.00 |
| Service | BM | 07/26/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/29/2024 | Contact Debtor (Text/Email): Drafted text to debtor to inquire if he has any questions about the Ch 13 fee agreement that was emailed 7/26/24. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/29/2024 | Review and organize documents provided by debtor: July paystubs | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/30/2024 | Review and organize documents provided by debtor: Debtor's July pay stubs | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/31/2024 | Review and organize documents provided by debtor: 7/5 pay stub | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/31/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/31/2024 | review email memo re: have all pay for Aug signing | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/31/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/01/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.50 | $360.00 | $180.00 |

Invoice # 6942 - 09/17/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 08/01/2024 | Prepare and send final bk to Δ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | KR | 08/02/2024 | Call Debtor: Telephone conference with debtor about signing his documents for us to file the chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/05/2024 | Call Debtor: Called debtor could not leave a message; drafted text to debtor requesting him to sign the documents so we can file his case | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/05/2024 | Incoming Call: Telephone conference with debtor about a hearing notice he received in the mail with the creditor River Oaks; reviewed the schedules and the creditor is included in the bankruptcy; stated that he will email me the notice when he gets home and will sign the documents | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/05/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | VM | 08/05/2024 | Contact Debtor (Text/Email): drafted text to debtor informing them their case has been filed; also provided their chapter 13 case number | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/06/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/06/2024 | Review: 24-01785-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/06/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/06/2024 | Review: Proof of Claim 24-01785-JAW River Oaks Hospital, LLC dba Merit Health River Oa Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/07/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/07/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | filing with the Court. | | | |
| Service | TR | 08/07/2024 | Review: 24-01785-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/08/2024 | Review email from debtor: Reviewed email from debtor with the Summons for the debt with River Oaks; merged with existing client documents | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/08/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/09/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/12/2024 | Reviewed Meeting of Creditors for Trustee; created task for legal assistant to gather all documents needed for me to review and upload for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/12/2024 | Reviewed documents needed by trustee, reviewed and updated. Discovered what documents were needing to be updated | 0.30 | $100.00 | $30.00 |
| Service | BB | 08/12/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they will be out of town with no cell service for the time of their court hearing and inquired if the date can be reset. Informed them this date is set by the court and it can only be rescheduled for extenuating circumstances such as a hospital stay, etc. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/12/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating he will attend his meeting of creditors through zoom. Inquired which day the week before his meeting of creditors would he like to attend a practice zoom. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/12/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor scheduling a date and time for a practice zoom. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/13/2024 | Reviewed taxes to verify if all schedules for the taxes were submitted; updated task to get VM to contact debtor for schedule 1 for the 2022 taxes | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/13/2024 | Review: Proof of Claim 24-01785-JAW | 0.10 | $360.00 | $36.00 |

Invoice # 6942 - 09/17/2024

| | | | Discover Bank Document # 3 | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 08/13/2024 | Review: Proof of Claim 24-01785-JAW Discover Bank Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/13/2024 | Call Debtor: Review Contact Letter from PNC Bank; telephone conference with debtor about allowing PNC Bank to contact him directly; he informed me that would be fine; explained I will give the attorney the letter to fill out and we will return | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/13/2024 | Filled out permission to contact letter from PNC Bank; drafted email memo to GM to get the attorney to review, sign and mail | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/15/2024 | Call Debtor: Phone conference with debtor, informed him of needed documents for Meeting of Creditors, drafted email | 0.20 | $100.00 | $20.00 |
| Service | JAC | 08/19/2024 | Review: Proof of Claim 24-01785-JAW U.S. Department of Education c/o Nelnet Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | VM | 08/19/2024 | Call Debtor: Phone conference with debtor's wife regarding needed documents | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/20/2024 | Review email from debtor: Reviewed email from debtor regarding concerns about 2022 tax returns, I gave her a call to further explain, she asked that I draft a email with instructions to gather 2022 tax return | 0.20 | $100.00 | $20.00 |
| Service | VM | 08/22/2024 | Review email from debtor: Updated and uploaded documents sent to me by debtor, emailed debtor regarding missing document | 0.20 | $100.00 | $20.00 |
| Service | VM | 08/23/2024 | Call Debtor: Phone conference with debtor to discuss missing paystub needed | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/26/2024 | Review email from debtor: Debtor sent needed documents | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/27/2024 | Review and organize documents provided by debtor: Reviewed schedule I/J to verify financial accounts and sources of income; prepared the taxes, pay advices, bank statements and identification for upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/27/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |

| Service | BB | 08/27/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
|---------|----|-----------|-----------------------------------------------------|------|---------|--------|
| Service | BB | 08/30/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he received my email due to the debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/03/2024 | Call Debtor: Phone conference with debtor rescheduling his practice zoom and informing me that his wage order started last week. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/04/2024 | Review: 24-01785-JAW Notice of Appearance Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/05/2024 | Call Debtor: Conducted practice zoom meeting with debtor in preparation for their meeting of creditors. Answered questions debtor had. | 0.30 | $100.00 | $30.00 |
| Service | BM | 09/09/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors. | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/10/2024 | Attend 341 - Debtor appeared but Internet connection was bad - meeting was rescheduled | 0.60 | $360.00 | $216.00 |
| Service | BB | 09/10/2024 | Call Debtor: Phone conference with debtor attempting to solve his issues with attending his meeting of creditors. Debtor stated he is having service issues and will need to reschedule. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/10/2024 | Review email from TT re: needed tax return - send instructions to staff | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/10/2024 | Reviewed email from the Trustee's office requesting the 2023 Federal taxes; drafted email to the Trustee's office with the 2023 Federal taxes | 0.10 | $155.00 | $15.50 |
| Service | BB | 09/11/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing him of his meeting date and time. Informed the debtor that he must come to the office for this meeting and inquired which office he would like to attend. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/11/2024 | Review: 24-01785-JAW Statement Adjourning Meeting of Creditors. Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/12/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting which office he would like | 0.10 | $100.00 | $10.00 |

| Service | | | to attend his meeting of creditors in due to the debtor being non responsive to my last text. | | | |
|---------|-----|------------|------------------------------------------------------|------|----------|---------|
| Service | BB | 09/13/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating he would like to attend his meeting of creditors in office. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/16/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | TR | 09/17/2024 | Review: 24-01785-JAW Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document# 18 | 0.10 | $360.00 | $36.00 |

|  |  |  | **Services Subtotal** | **$2,898.50** |
|--|--|--|--|--|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 08/07/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $22.80 | $22.80 |

|  |  |  | **Expenses Subtotal** | **$22.80** |
|--|--|--|--|--|

| | Time Keeper | Position | Quantity | Rate | Total |
|--|-------------|----------|----------|------|-------|
| Jennifer Curry Calvillo | | Attorney | 3.5 | $360.00 | $1,260.00 |
| Thomas Rollins | | Attorney | 1.9 | $360.00 | $684.00 |
| Brooke Brueland | | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Vanessa Martinez | | Non-Attorney | 3.4 | $100.00 | $340.00 |
| Breanne McDaniel | | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Breanne McDaniel | | Non-Attorney | 1.7 | $100.00 | $170.00 |
| Kerri Rodabough | | Non-Attorney | 1.7 | $155.00 | $263.50 |
| | | | **Subtotal** | | **$2,921.30** |
| | | | **Total** | | **$2,921.30** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6942 | 10/17/2024 | $2,921.30 | $0.00 | $2,921.30 |
| | | | **Outstanding Balance** | **$2,921.30** |
| | | | **Total Amount Outstanding** | **$2,921.30** |



# INVOICE

Invoice # 7693
Date: 03/13/2025
Due On: 04/12/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

William Daniel Vaughn

## 05462-Vaughn William Daniel

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 09/17/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted First Application for Compensation, the 21 day Notice and the Proposed Order; drafted email memo to TR re: review Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | TR | 09/17/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/17/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; compressed all files and prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 09/19/2024 | Review: 24-01785-JAW Document Document# 21 | 0.10 | $0.00 | $0.00 |
| Service | VM | 09/24/2024 | Call Debtor: Phone conference with debtor to see where he was due to his meeting of creditors starting soon, debtor informed me he will be joining from zoom and that he was getting ready to log in now. Informed attorney as well | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/24/2024 | Review: Proof of Claim 24-01785-JAW American Express | 0.10 | $0.00 | $0.00 |

| | | | National Bank Document # 5 | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/24/2024 | Ch Meeting of Creditors Torri Parker Martin) | 0.60 | $360.00 | $216.00 |
| Service | TR | 09/26/2024 | Review: 24-01785-JAW Hearing Set Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/30/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the Trustee is receiving wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/01/2024 | Review: Proof of Claim 24-01785-JAW Rocket Loans Document # 7 | 0.10 | $0.00 | $0.00 |
| Service | TR | 10/03/2024 | review email from Trustee re: needed change of address for creditor - send instructions to paralegal | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/03/2024 | Reviewed email from the Trustee's office about the incorrect address for PNC Mortgage and the Notice of the Rescheduling of the Meeting of Creditors being returned; drafted email memo to VM to get the correct address for PNC Mortgage | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/03/2024 | Review: Proof of Claim 24-01785-JAW Citibank N.A. Document # 8 | 0.10 | $0.00 | $0.00 |
| Service | VM | 10/07/2024 | Phone conference with PNC Mortgage to gather correct Mailing address since previous address was incorrect, mail was sent back. | 0.20 | $100.00 | $20.00 |
| Service | KR | 10/08/2024 | Review and respond to email memo: Reviewed email memo from VM with the general address to PNC Mortgage; drafted email memo to VM informing her to contact the bankruptcy department for the mailing address where notices need to be sent; reviewed court docket could not find a proof of claim showing an address; provided VM with the number from the credit report to call so we can address the situation with the incorrect address for the Trustee | 0.10 | $155.00 | $15.50 |
| Service | VM | 10/09/2024 | Phone conference with creditor, PNC Mortgage, to request Bankruptcy mailing address. Received general | 0.20 | $100.00 | $20.00 |

| | | | mailing address, fax number, and customer service email | | | |
|---|---|---|---|---|---|---|
| Service | VM | 10/09/2024 | Phone conference with creditors to determine correct mailing address for PNC Mortgage bankruptcy department | 0.40 | $100.00 | $40.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01785-JAW Mariner Finance, LLC Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01785-JAW Resurgent Receivables, LLC Document # 11 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01785-JAW Resurgent Receivables, LLC Document # 12 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/09/2024 | Review: Proof of Claim 24-01785-JAW PNC Bank, National Association Document # 10 | 0.20 | $0.00 | $0.00 |
| Service | TR | 10/10/2024 | Review: 24-01785-JAW Objection to Confirmation of the Plan Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | SA | 10/11/2024 | Incoming Call: Telephone conference with Δ in reference to notice he received in the mail. He inquired if he was required to attend. I advised him the attorney typically attends on the Δ's behalf but will give him notice if he needs to attend. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/11/2024 | Reviewed email memo from VM with another address for PNC; drafted email to the Trustee's office with the address | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/14/2024 | Review file re: TT obj, draft email to Semoune requesting information on which bank account payments she is referencing in her objection | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/15/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 10/15/2024 | Review and respond to email from Semoune re: alleged overspending related to TT Obj | 0.20 | $360.00 | $72.00 |
| Service | TR | 10/16/2024 | Review settlement proposal on TT obj by email from Semoune - draft response agreeing | 0.10 | $360.00 | $36.00 |

Invoice # 7693 - 03/13/2025

| Service | TR | 10/25/2024 | Review: 24-01785-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 29 | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | TR | 11/11/2024 | Review: 24-01785-JAW Order on Objection to Confirmation Document# 35 | 0.10 | $0.00 | $0.00 |
| Service | TR | 11/19/2024 | Review: 24-01785-JAW Order Confirming Chapter 13 Plan Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | CO | 12/18/2024 | Incoming Call: Phone conference with debtor informing us he lost his job. Reviewed NDC for last payment and asked about December payment. Debtor stated his employer would send in a partial payment but he was unable to pay the rest this month. Instructed debtor to update us once he found employment and to make partial payments as he can. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | VM | 12/23/2024 | Call Debtor: Phone conference with debtor to confirm employment situation and to determine what he would like to do next, confirmed with debtor he would like to possibly convert to a chapter 7 as well as a motion to suspend payments. Requested documents needed for attorneys review. Drafted email to debtors with requested documents. | 0.20 | $100.00 | $20.00 |
| Service | TR | 01/03/2025 | Review: 24-01785-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | VM | 01/07/2025 | Contact Debtor (Text/Email): Reviewed email from debtor containing paystubs and bank statements. Organized and uploaded to debtor's file. Drafted email to debtor to inform him I did receive documents sent but am needing completed conversion packet. | 0.20 | $100.00 | $20.00 |
| Service | VM | 01/13/2025 | Reviewed Conversion packet, bank statements, and paystubs to determine if all documents were gathered. Determined they were not due to needing several bank statements from different bank accounts. | 0.40 | $100.00 | $40.00 |

| Service | VM | 01/14/2025 | Review email from debtor: Reviewed email from debtor with bank statements, organized and reviewed. Determined December bank statements and paystubs were missing, drafted email to debtor. | 0.40 | $100.00 | $40.00 |
|---|---|---|---|---|---|---|
| Service | VM | 01/16/2025 | Reviewed email from debtor containing documents needed to determine whether debtor is able to convert to a chapter 7. Organized and uploaded files, drafted email to KR and debtors | 0.40 | $100.00 | $40.00 |
| Service | VM | 01/16/2025 | Call Debtor: Phone conference with debtor to discuss whether he has acquired job or if he wants to surrender home, says no for both. Informed debtor all we can do at the moment is wait for him to get a job, says he will let me know once he has. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/24/2025 | Review: 24-01785-JAW Order Upon Debtor Directing Payments to Trustee Document# 47 | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/12/2025 | Review and revise itemizations | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/13/2025 | Reviewed court docket for previous order and invoice; reviewed the trustee's website for the amount pay towards attorney fees; drafted the estimated cost for mailing; drafted the 1st part of the 2nd Application for Compensation using the totals from the order, invoice and the Trustee's website | 0.40 | $155.00 | $62.00 |
| | | | **Services Subtotal** | | | **$1,005.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/17/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $41.36 | $41.36 |
| Expense | 03/13/2025 | Estimated Mailing Expense for the 2nd Application for Compensation (certificateofservice.com) | 1.00 | $41.14 | $41.14 |
| | | **Expenses Subtotal** | | | **$82.50** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|

Invoice # 7693 - 03/13/2025

| | | | | |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| Jennifer Curry Calvillo | Attorney | 0.8 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 1.3 | $360.00 | $468.00 |
| Thomas Rollins | Attorney | 0.8 | $0.00 | $0.00 |
| Shaton Andrews | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Vanessa Martinez | Non-Attorney | 2.6 | $100.00 | $260.00 |
| Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.9 | $155.00 | $139.50 |
| Kerri Rodabough | Non-Attorney | 0.3 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,088.00** |
| | | | **Total** | **$1,088.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6942 | 10/17/2024 | $2,921.30 | $0.00 | $2,921.30 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7693 | 04/12/2025 | $1,088.00 | $0.00 | $1,088.00 |
| | | | **Outstanding Balance** | **$4,009.30** |
| | | | **Total Amount Outstanding** | **$4,009.30** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? | 6 | pages

Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents? | 22 | parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. | 2 |

We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side. | 1 |

**Disclaimer & User Agreement:**

provided solely as a marketing tool to provide an approximate cost for potential mailing projects and is not intended to be binding in anyway on User or BK Attorney Services, LLC. Rush jobs are billed at twenty five cents per page with no discounts for postage or volume. If you have a Rush Job or Certified Mailing Job and need an estimate, please contact us directly at 509 412 1356. We will be happy to provide you with a quote at no charge. This estimate program assumes you have a Postal Acknowledgment Form (PAF) on file with us and that you are a registered user. If you need to fill out a PAF form in order to

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

| | |
|---|---|
| | 66 |
| Date and Time: | Thu Mar 13 2025 11:19:22 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 132 |
| Sheets Per Envelope | 3 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                            25.080000000000002 |
| Postage Cost: | $                                            16.06 |
| Total Cost: | $                                            41.14 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



ROLLINS
LAW FIRM

# INVOICE

Invoice # 7982
Date: 06/05/2025
Due On: 07/05/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

William Daniel Vaughn

## 05462-Vaughn William Daniel

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 03/13/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; drafted 2nd part of Application and the Lodestar using the totals from the 2nd invoice; drafted Notice and Proposed Order; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/13/2025 | Drafted email memo to VM with the affidavit to sign for the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/13/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/13/2025 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/14/2025 | Reviewed email memo from VM with the signed affidavit; merged with Application | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/14/2025 | Prepared the Application, the Notice, Exhibits A, B, and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/14/2025 | Draft Fee Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, Notice with the Declaration attached, the Exhibits A, B, C, the Proposed Order and the Cost of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |

Invoice # 7982 - 06/05/2025

| Service | VM | 03/20/2025 | Call Debtor: Phone conference with debtor to confirm address as trustee report was unable to send, debtor confirmed address is correct, USPS has been having difficulties with getting them their mail. Said it should be fixed and that we can resend. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | JAC | 04/03/2025 | Review: 24-01785-JAW Motion for Relief From Stay Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/03/2025 | Review: 24-01785-JAW Hearing Set Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/03/2025 | Review: 24-01785-JAW Objection to Professional Fees Document# 55 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/07/2025 | Review: 24-01785-JAW Hearing Set Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/18/2025 | Call Debtor: Called debtor left message; called debtor's emergency contacts left voicemail on wife's line; drafted email and text to debtor about the Motion for Relief filed and the delinquency; requested a call back as soon as possible | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/21/2025 | Call Debtor: Telephone conference with debtor about the Motion for Relief and the delinquency; he explained his employment situation and his struggles; he has just was hired and waiting for his schedule; his income has decreased as well | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/21/2025 | Reviewed court docket for the Motion for Relief to verify creditor's address; drafted response per the Motion for Relief filed by the mortgage company | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/21/2025 | Drafted Motion to Suspend (Cure) | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/21/2025 | Reviewed court docket for Confirmed Plan and the Agreed Order per the Confirmation of Plan; drafted internal message to TR re: review Motion to Suspend and the Response per the Motion for Relief | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/22/2025 | Reviewed internal message from TR re: Motion to Suspend; prepared the Notice and the Motion to Suspend for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/22/2025 | Reviewed internal message from TR re: response per the Motion for Relief; | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | prepared the Response for upload to Certificate of Service | | | |
| Service | KR | 04/22/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Suspend, the 30 day Notice with the Declaration of Mailing attached and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/22/2025 | Reviewed the Declaration of Mailing from Certificate of Service; prepared the response with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | VM | 04/23/2025 | Drafted Motion to dismiss Letter, prepared for mailing | 0.20 | $0.00 | $0.00 |
| Service | JAC | 04/23/2025 | Review: 24-01785-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 59 | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/24/2025 | Call Debtor: Telephone conference with debtor about his new employer information and the Motion to Dismiss; he will have his new schedule by the end of the week and will provide the employer information for the wage order | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/24/2025 | Review: 24-01785-JAW Order Setting, Resetting, or Continuing a Hearing Document# 64 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/25/2025 | Review: 24-01785-JAW Order Setting, Resetting, or Continuing a Hearing Document# 66 | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/29/2025 | Call Debtor: Telephone conference with debtor about the new employer information needed for the wage order; his first day is tomorrow and provide once he has so I can send the information to the Trustee | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/29/2025 | Drafted response per the Motion to Dismiss filed by the Trustee; drafted internal message to TR re: review response | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/01/2025 | Review and Approve Response per MTD | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/01/2025 | Reviewed internal message from TR | 0.10 | $0.00 | $0.00 |

| | | | re:response per the Motion to Dismiss | | | |
|---|---|---|---|---|---|---|
| Service | KR | 05/07/2025 | Prepared the response per the Motion to Dismiss for upload to the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/07/2025 | Reviewed and revised all ecf filings with the correct docket event; created ecf folder; merged all ecf filings into ecf folder | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/13/2025 | Drafted email to the Trustee's attorney about the Hearing scheduled for the Motion to Dismiss | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Drafted another email to the Trustee's attorney inquiring about working out Motion to Dismiss before the hearing | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/14/2025 | Call Debtor: Reviewed email from the Attorney at the Trustee's office about the delinquency and payments; called debtor left message; drafted email and text inquiring if he is sending in any payments towards the delinquency and about the increased payment | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/15/2025 | Call Debtor: Called debtor left message; drafted email and text requesting a call back to discuss the new employer information and the payments made toward the delinquency | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/16/2025 | Received and reviewed text from debtor about not being able to come up with funds by the date listed on the Agreed Order; drafted email memo to JAC re: Agreed Order | 0.20 | $0.00 | $0.00 |
| Service | JAC | 05/16/2025 | review & approve AO | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/16/2025 | Received email memo from JAC re: Agreed Order; revised Agreed Order with all signatures; drafted email to the Trustee's office with the Agreed Order | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/16/2025 | Call Debtor: Telephone conference with debtor about the Agreed Order that will be filed and also reviewed the process of refiling. | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/19/2025 | Incoming Call: Telephone conference with the Trustee's attorney about the options for the Agreed Order and what the judge has stated about the | 0.20 | $0.00 | $0.00 |

|  |  |  | 1st one she filed. |  |  |  |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------|------|--------|--------|
| Service | KR  | 05/20/2025 | Reviewed email from the Trustee's attorney about the options; reviewed court docket for the entries in question; drafted email memo to TR re: review options | 0.20 | $0.00 | $0.00 |
| Service | KR  | 05/28/2025 | Drafted email to the Trustee's attorney about working out and Agreed Order for the Application for Compensation Hearing | 0.10 | $0.00 | $0.00 |
| Service | KR  | 05/28/2025 | Reviewed email from the Trustee's office about the Agreed Order; drafted email to the Trustee's office informing them that I had spoken to the debtor previously and he was planning to send in a payment | 0.10 | $0.00 | $0.00 |
| Service | KR  | 05/28/2025 | Drafted internal message to TR re: AO for Application | 0.10 | $0.00 | $0.00 |
| Service | KR  | 05/28/2025 | Reviewed email from the Trustee's office stating that they will wait to receive a payment before trying to work it out | 0.10 | $0.00 | $0.00 |
| Service | KR  | 05/29/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion for Relief; drafted email to TR informing him of the situation with the other hearings before the Motion for Relief can be resolved | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/29/2025 | Review: 24-01785-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 72 | 0.10 | $0.00 | $0.00 |
| Service | KR  | 05/29/2025 | Reviewed email from the attorney with the mortgage company about continuing the Motion for Relief again since we are still waiting for the Agreed Order on the Motion to Allow Payment Arearages | 0.10 | $0.00 | $0.00 |
| Service | KR  | 05/29/2025 | Reviewed email from the attorney for the mortgage company stating they have requested a continuance for the Motion for Relief | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/30/2025 | Review: 24-01785-JAW Order on Motion For Relief From Stay Document# 73 | 0.10 | $0.00 | $0.00 |
| Service | KR  | 06/02/2025 | Review email from debtor: Reviewed email from debtor about the the | 0.10 | $0.00 | $0.00 |

Invoice # 7982 - 06/05/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | delinquency and refiling; drafted email to debtor informing him I will have to get the attorney to analyze to refile; drafted internal message to TR re: refile | | | |
| Service | KR | 06/02/2025 | Reviewed and revised all new ecf filings with correct docket event; merged all new ecf filings with existing ecf filings. | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/02/2025 | Review and respond to email memo: Reviewed internal message from TR re: refiling fees; reviewed Trustee's website and current invoice; drafted internal message to TR re: attorney fees | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/02/2025 | Contact Debtor (Text/Email): Reviewed internal message from TR re: refiling fees; drafted email to debtor about the refiling fee and process; also provided debtor with the refiling fee; drafted internal message to TR re: Order of Dismissal | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/03/2025 | Reviewed and revised all new ecf filings with correct docket event; merged all new ecf filings into ecf folder | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/03/2025 | Review: 24-01785-JAW Order Dismissing Debtor(s) Document# 76 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/03/2025 | Review: 24-01785-JAW Release of Wages Document# 77 | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/03/2025 | Contact Debtor (Text/Email): Reviewed mortgage assistance letter from PNC; drafted email to debtor with the letter. | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/05/2025 | Reviewed court docket for previous orders and invoices; reviewed the Trustee's website to verify the amount of attorney fees paid; drafted 1st part of the Application for Compensation and Lodestar using calculations from the previous invoices and orders. | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$381.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|

Invoice # 7982 - 06/05/2025

| | | | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/14/2025 | Difference of Mailing Expense for the 2nd Application for Compensation (certificateofservice.com) | 1.00 | $14.11 | $14.11 |
| Expense | 04/22/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $23.76 | $23.76 |
| Expense | 04/22/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| | | | **Expenses Subtotal** | | **$42.06** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.3 | $360.00 | $108.00 |
| Jennifer Curry Calvillo | | Attorney | 0.9 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.2 | $0.00 | $0.00 |
| Vanessa Martinez | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Vanessa Martinez | | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kerri Rodabough | | Non-Attorney | 1.7 | $155.00 | $263.50 |
| Kerri Rodabough | | Non-Attorney | 4.8 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$423.56** |
| | | | | **Total** | **$423.56** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6942 | 10/17/2024 | $2,921.30 | $0.00 | $2,921.30 |
| 7693 | 04/12/2025 | $1,088.00 | $0.00 | $1,088.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7982 | 07/05/2025 | $423.56 | $0.00 | $423.56 |
| | | | **Outstanding Balance** | **$4,432.86** |
| | | | **Total Amount Outstanding** | **$4,432.86** |

Invoice # 7982 - 06/05/2025