___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   William Daniel Vaughn                                   Case No. 24-01785-JAW
         , Debtor                                                           CHAPTER 13

### ORDER WITHDRAWING SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR. (DK # 50)

THIS CAUSE having come on for consideration of the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. (DK #50) (the "Application") and the Trustee's Objection thereto (DK #55), and the court being advised that the debtor's case has been dismissed, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that a second award of attorney's fees is hereby withdrawn.

##END OF ORDER##

| | |
|---|---|
| SUBMITTED BY: | AGREED BY: |
| /s/ Thomas C. Rollins, Jr. | /s/ Kellie Grizzell |
| Thomas C. Rollins, Jr., (MSBN103469) | Attorney for Chapter 13 Trustee |
| The Rollins Law Firm, PLLC | |
| P.O. Box 13767 | |
| Jackson, MS 39236 | |
| (601)500-5533 | |